474 A.2d 676

Commonwealth v. Rodriguez, Appellant.

Submitted January 3, 1984. Jack J. Bulkin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Judgment of sentence affirmed.

SPAETH, President Judge, concurred in the result.

474 A.2d 676

Commonwealth v. Scaine, Appellant.

Argued February 9, 1984. Shelley Stark, Assistant Public Defender, for appellant; Dara A. DeCourcey, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, OLSZEWSKI and JOHNSON, JJ.

This case is remanded to the trial court for an evidentiary hearing on the ineffective assistance of counsel. Jurisdiction is retained by this court pending remand.